UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA RIPLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01705 (EGS) |
| DISTRICT OF COLUMBIA., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### STIPULATION OF DISMISSAL

Plaintiff Linda Ripley and Defendants Heather Stowe, Brenda Donald and Uma Ahluwalia (hereafter "these defendants"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby file this stipulation of dismissal against these defendants with prejudice.

Respectfully submitted,

By: */s/ Richard E. Condit*
RICHARD E. CONDIT, ESQ. [417786]
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
Tel. 202-457-0034  Ext. 142
*Counsel for Plaintiff Linda Ripley*

By: PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ C. Vaughn Adams
C. VAUGHN ADAMS [449770]
DWAYNE C. JEFFERSON [980816]
Assistant Attorney Generals
Office of the Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001
Office: (202) 442-9840; (202) 724-6649; (202) 727-6295

*Counsel for Defendants Heather Stowe, Brenda Donald and Uma Ahluwalia*